UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIVIAN ALVAREZ, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

-v.-

MVP GROUP INTERNATIONAL, INC.,

                Defendant.

---

23 Civ. 1287 (JHR)

ORDER OF DISMISSAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2023

JENNIFER H. REARDEN, District Judge:

    The Court, having been advised at ECF No. 16 that the parties have reached a settlement in principle, hereby ORDERS that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within sixty days** of the date of this Order if the settlement is not consummated.

    To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis. **Further, requests to extend the deadline to reopen are unlikely to be granted.**

    If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 6.A of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    Any pending motions are moot. All conferences are cancelled. The Clerk of Court is directed to CLOSE the case.

    SO ORDERED.

Dated: May 17, 2023
       New York, New York

                                                  _____
                                                  JENNIFER H. REARDEN
                                                  United States District Judge